UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



___

UNITED STATES OF AMERICA,

v.

JOSEPH TIGANO, III,

        Defendant.

**ORDER**

1:08-CR-281 EAW

___

On November 15, 2017, the United States Court of Appeals for the Second Circuit issued an Order reversing the judgment of conviction with respect to Joseph Tigano, III, in the above-referenced matter and dismissing the indictment with prejudice. The matter was remanded to this Court for the limited purpose of releasing the defendant. Accordingly, it is hereby

ORDERED that the defendant Joseph Tigano, III, is directed to be released immediately from the custody of the Bureau of Prisons.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
United States District Judge

Dated: November 15, 2017
       Rochester, New York